JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA ANGELICA LOYA,<br>Plaintiff,<br>v.<br>MARCO RUBIO,<br>Defendant. | CV 25-1245 PA (PVCx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's November 3, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: November 3, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE